

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05cr334 (KSH) |
| v. | : | |
| STEVEN SMITH | : | 18 U.S.C. §§ 922 (g)(1) and 2 |
| | : | I N D I C T M E N T |

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

On or about January 4, 2005, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

STEVEN SMITH,

having been previously convicted in a court in the State of New Jersey of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Hi-Point firearms .45 caliber semi-automatic pistol, bearing serial number 327062, and six .45 caliber bullets.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

A TRUE BILL

FOREPERSON

CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

**United States District Court**
**District of New Jersey**

**UNITED STATES OF AMERICA**

v.

**STEVEN SMITH**

# INDICTMENT FOR

18 U.S.C. §§ 922(g)(1) and 2

**CHRISTOPHER J. CHRISTIE**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

JONATHAN W. ROMANKOW
*ASSISTANT U.S. ATTORNEY*
*973-645-2884*

USA-48AD 8
(Ed. 1/97)