UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Criminal No. 05-334   AMENDED WRIT

UNITED STATES OF AMERICA v. STEVEN SMITH, Defendant (Inmate NJSBI#160880)

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. STEVEN SMITH (Inmate No. 160880) is now confined at Hudson County Correctional Facility, Kearny, New Jersey 07032.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Katharine S. Hayden, on Friday, May 26, 2006 at 3:30 p.m. for a Plea in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: April 17, 2006

_____
JONATHAN W. ROMANKOW
Assistant United States Attorney
Petitioner--(973) 645-2884

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 4/20/06

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

WRIT OF HABEAS CORPUS:  The United States of America to
WARDEN OF HUDSON COUNTY CORRECTIONAL FACILITY

WE COMMAND YOU that you have the body of STEVEN SMITH (Inmate No. 160880) (by whatever name called or charged) now confined in Hudson County Correctional Facility, Kearny, New Jersey before the United States District Court before the Honorable Katharine S. Hayden, at the U.S. District Court, Newark, New Jersey on Friday, May 26, 2006 at 3:30 p.m.

WITNESS the Honorable Katharine S. Hayden
United States District Judge at Newark, New Jersey

DATED: 4/21/06

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
     Deputy Clerk