UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                              DATE: 6/27/06

JUDGE:    HAYDEN
                                                                    CASE: 05-334
COURT REPORTER:   Ralph Florio

**Deputy Clerk:  RoseMarie Guilloty**

**Title of Case:**

U.S.A.   v. Steven Smith

**APPEARANCES:**

Jonathan Rowmanko, AUSA
David Holman, ESQ.

**Nature of proceedings:    Retraction**

Deft. Sworn.
Deft retracted his plea of Not Guilty heretofore entered and plead guilty to Count One of the indictment.
Rule 11 form filed.
Plea agreement filed.
ORDERED sentence date set for 10/26/06 at 11:30.

ORDERED deft's remanded.

Time commenced _____
Time Adjourned _____

                                                            _s/ *RoseMarie Guilloty*

                                                            **RoseMarie Guilloty, Deputy Clerk**

cc: chambers