```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                              DATE: 1/4/07

*JUDGE: HAYDEN*                                     *Docket #* 05-334


COURT REPORTER: Ralph Florio

DEPUTY CLERK: RoseMarie Guilloty


*Title of Case:*

U.S.A.  v. Steven Smith

*Appearances:*

Jonathan Romankow, AUSA
David Holman, AFPD

*Nature of proceedings*: SENTENCE

Violation of supervised release hearing held.
Defendant plead guilty to Count One of the violation.
Count two of the violation dismissed.
Defendant sentenced to 4 months of imprisonment on Count One of the violation.


Defendant is sentenced 46 months of imprisonment.
3 Years of supervised release.
Standard conditions: Defendant shall not commit another federal, state or local crime, etc.
Special conditions: shall cooperate with DNA collection, etc.
Recommendations: that defendant serve his sentence in the NJ metropolitan area, etc.
Restitution: n/a
Fine: waived
Special Assessment: 100.00


Ordered defendant remanded.

Time Commenced_____
Time Adjourned_____

cc: chambers                          *s/  RoseMarie Guilloty*
                                      RoseMarie Guilloty, Deputy Clerk